UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Case No. 8:04-cr-280-T-24EAJ |
| JUAN JESUS GIL-AGUILAR | : |
| Defendant. | : |

**PRELIMINARY ORDER OF FORFEITURE**

THIS CAUSE comes before the Court upon the filing of the Motion of the United States of America for entry of a Preliminary Order of Forfeiture, **which, at sentencing, shall become a final order of forfeiture as to defendant Juan Gil-Aguilar's right, title, and interest** in the following:

> Real property located at 4775 Collins Avenue, #1402, Miami, Florida 33140 which is legally described as follows:
>
> Condominium Unit No. 1402 in GREEN DIAMOND CONDOMINIUM, according to the Declaration thereof recorded April 28, 2000 under Clerk's File No. 00R-203098 in Official Records 19089, at Page 1937 of the Public Records of Miami-Dade County, Florida, as amended and/or supplemented from time to time.
>
> Property Appraiser's Parcel Identification No: a portion of 02-3223-002-0090

The Court hereby finds that the United States has met its burden of establishing the sufficiency of the *nexus* between the offense and the property sought for forfeiture. Accordingly, it is hereby

ORDERED, ADJUDGED AND DECREED that for good cause shown, said Motion of the United States is hereby GRANTED.

It is further ORDERED that pursuant to the provisions of 21 U.S.C. § 853, all right, title and interest of defendant Juan Gil-Aguilar in the above-referenced real property is hereby forfeited to the United States for disposition according to law.

The Court retains jurisdiction to enter any further orders necessary for the forfeiture and disposition of the subject property, and to entertain any third party claims that may be asserted in these proceedings.

DONE and ORDERED in Chambers in Tampa, Florida, this 5th day of March, 2007.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Anita M. Cream, AUSA
Counsel of Record